

777 THIRD AVENUE 21ST FLOOR
NEW YORK, NEW YORK 10017
PHONE: (646) 201-9100
FAX: (646) 705-0049
WWW.TULLYLEGAL.COM
EMAIL: INFO@TULLYLEGAL.COM

Direct E-mail: kshehan@tullylegal.com

June 17, 2020

Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York

      RE:    *Marissa J. Lonardo v. Manuel Alejandro Ruiz, et. al.*
               Case No. 2:19-cv-04907-DLI-RML

Dear Judge Levy:

    As you know, this firm represents the Plaintiff Marissa J. Lonardo. Pursuant to Your Honor's Status Report Order (the "Order"), dated June 12, 2020, we write to advise that the parties have not resolved the motion (the "Motion") to amend the Complaint. After Your Honor issued the Order, counsel for the parties conferred by email on Monday, June 15, 2020, and counsel for Defendants confirmed that Defendants do not consent to Plaintiff's Motion.

                                     Respectfully Submitted,

                                     */s/ Kevin J. Shehan, Esq.*

                                     TULLY RINCKEY PLLC
                                     777 Third Avenue, 21st Floor
                                     New York, NY 10017
                                     T: (646) 201-9100
                                     F: (646) 705-0049
                                     KShehan@tullylegal.com

                                     *Counsel for Plaintiff*