IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
Central Islip Division

| | |
|---|---|
| MARISSA J. LONARDO, <br><br> Plaintiff, <br><br> v. <br><br> CHOSEN FEW EMERALD ENTERTAINMENT, INC., *et al.*, <br><br> Defendants. | No. 2:19-cv-04907 (DLI/RML) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Kevin J. Shehan, Esq., the undersigned counsel, has changed law firms and no longer represents Plaintiff Marissa J. Lonardo, who remains represented by Tully Rinckey, PLLC.

Dated: July 23, 2020
New York, NY

Respectfully submitted,

*/s/ Kevin J. Shehan, Esq.*

Shehan Legal, PLLC
747 Third Avenue
Suite 200
New York, NY 10017
Tel: 917-740-7805
Fax: 888-740-8324
kevin@shehanlegal.com