UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
MARISSA J. LONARDO,

                Plaintiff,

  - against –

MANUEL ALEJANDRO RUIZ,
CHOSEN FEW EMERALD ENTERTAINMENT, INC.
CHOSEN FEW ARTIST MANAGEMENT, INC.,
CHOSEN FEW ENTERTAINMENT, LLC, and
SONG OF JOY RUIZ WONDER PUBLISHING, INC.,

                Defendants.
---------------------------------------------------------------------X

Docket No.: 19-CV-04907
(DLI)(RML)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Michael W. Macomber, Esq., hereby appears as counsel for Plaintiff Marissa J. Lonardo in the above-captioned matter. The undersigned hereby requests to receive service of all subsequent written communications, pleadings, notices, or other papers in this matter.

Dated: July 28, 2020
       Albany, New York

Respectfully submitted,

*/s/* Michael W. Macomber
Michael W. Macomber, Esq.
CEO
TULLY RINCKEY PLLC
441 New Karner Road
Albany, NY 12205
T: (518) 218-7100
F: (518) 218-0496
MMacomber@fedattorney.com
Bar Roll No.: 4778700

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify this Notice of Appearance was served on this 28th day of July 2020 via the Court's electronic filing system.

TO:    Honorable Robert M. Levy
           United States Magistrate Judge
           225 Cadman Plaza East
           Brooklyn, New York 11201

           Rick Ostrove, Esq.
           LEEDS BROWN LAW, P.C.
           rostrove@leedsbrownlaw.com

           *Attorney for Defendants*

                                                       /s/ Michael W. Macomber
                                                        Michael W. Macomber, Esq.