UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARISSA J. LONARDO,

                    Plaintiff,                    JUDGMENT

    -against-                                  19-cv-4907(DLI)(RML)

MANUEL ALEJANDRO RUIZ, CHOSEN FEW
EMERALD ENTERTAINMENT, INC., CHOSEN
FEW ARTIST MANAGEMENT, INC., CHOSEN
FEW ENTERTAINMENT, LLC, and SONG OF JOY
RUIZ WONDER PUBLISHING, INC.,

                    Defendants.
----------------------------------------------------------------X

       An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on August 18, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 3, 2021, approving the settlement agreement; and dismissing this case with prejudice; it is

       ORDERED and ADJUDGED that the settlement agreement is approved; that Defendants shall pay Plaintiff and her counsel the total sum of $89,000.00; and that this action is dismissed with prejudice.

Dated: Brooklyn, New York                                Douglas C. Palmer
       August 20, 2021                                        Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                               Deputy Clerk